

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRYL PARKER                                               CIVIL ACTION

VERSUS                                                      NO. 05-1419

RAPIDES PARISH DETENTION CNTR.-3                            SECTION "F" (3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that petitioner's application for federal habeas corpus relief under 28 U.S.C. § 2254 is DISMISSED without prejudice.

New Orleans, Louisiana, this 8th Day of August, 2005.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE